IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| R. WAYNE JOHNSON, | § |
| Petitioner, | § |
| v. | §  2:04-CV-0237 |
| DOUGLAS DRETKE, Director, Texas Department of Criminal Justice, Institutional Division, | § |
| Respondent. | § |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Came this day for consideration the federal habeas corpus application filed by petitioner R. WAYNE JOHNSON. On July 25, 2005, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the instant habeas application be dismissed. No objections to the Report and Recommendation have been filed of record as of this date.

The undersigned United States District Judge has made an independent examination of the record in this case. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus is hereby DISMISSED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

IT IS SO ORDERED.

ENTERED this _11th_ day of _August_ 2005.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE